

SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: September 13, 2019

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE: CURTIS JAMES JACKSON              CASE NO. 18-00104-NPO
                                         CHAPTER 13

### SECOND AMENDED AGREED ORDER

**THIS DAY**, the Objection to Confirmation of Plan (Dk#30) filed by Wells Fargo Bank, N.A., in the above styled and numbered cause, came on for consideration and the Court has been advised that the parties have reached the following agreement:

1. Creditor is the assignee of a Deed of Trust, signed by Debtor, which was recorded in Book 5686 at Page 759, in the office of the Chancery Clerk of Hinds County, Mississippi.

2. The property at issue in this case is located at 1614 Diane Drive, Jackson, MS, 39204.

3. The Modified Plan (Dk#28) filed by the Debtor lists Creditor as a home mortgage secured claimant with the total amount of the loan to be paid in full over the life of the plan*. In addition, the Modified Plan does not provide for any escrow for the loan.

4. The parties agree that the Modified Plan (Dk#28) is hereby amended to remove the arrearage due to Wells Fargo Bank, N.A.*, the total amount of the claim of $24,000.00 at 6.00% interest will be paid in full over the life of the plan and the Debtor will pay escrow

through the plan. Any arrearage payments already made by the Trustee to Wells Fargo Bank, N.A. will be returned to the Trustee within thirty (30) days of entry of this Order.* Additionally, any remaining balance will be treated as an unsecured claim.*

5. Additionally, the parties are in agreement that each party shall bear their own attorney's fees and costs incurred in relation to the Objection to Confirmation of Plan (Dk#30).

6. The Objection to Confirmation of Modified Plan (Dk#30) is hereby resolved.

##END OF ORDER##

APPROVED:

/s/ Elizabeth Crowell Price
Elizabeth Crowell Price
Attorney for Creditor

/s/ Frank H. Coxwell (with permission)
Frank H. Coxwell
Attorney for Debtor

James L. Henley, Jr., Trustee
Or Attorney for Trustee

Presented by:
Elizabeth Crowell Price, MSB# 103676
Dean Morris, LLC
1820 Avenue of America
Monroe, La. 71201
Telephone No: 318-998-7831
elizabeth.price@ms.creditorlawyers.com